UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__MCI, Shirley_____
             **Plaintiff**

      **V.**

__John G. Lindenberg_____
             **Defendant**

**CIVIL ACTION**

**NO.** __03-40267_____

**O R D E R**

__GORTON,   D.J.__

Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Boston session of this court for all further proceedings.

             By The Court,


             /s/ Deborah F. Shattuck
             Deputy Clerk

Date:   12/4/03

Copies to:        Counsel, Operations Manager

(dfs03-40267bTransfer O - Worcester.wpd - 7/99)                    [divtranout.]