```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

JOHN G. LINDENBERG,           )
          Petitioner,         )
                              )
     v.                       )    C.A. No. 03-40267-DPW
                              )
PAUL VERDINI, SUPERINTENDENT  )
          Respondent.         )
```

## MEMORANDUM AND ORDER

Now before the Court is John G. Lindenberg's petition for writ of habeas corpus filed by counsel pursuant to 28 U.S.C. § 2254. For the reasons stated below, I direct the clerk to correct the docket and serve the petition.

## DISCUSSION

On November 25, 2003, the $5.00 filing fee was paid and the petition was filed in the Central Section of the District of Massachusetts. The case, arising in Middlesex County, was transferred to the Central Division of the District of Massachusetts. It was thereafter assigned to my docket.

Although the petition correctly identifies the respondent as Paul Verdini, the Court's records list the respondent as "MCI, Shirley." The proper respondent to a Section 2254 petition is the petitioner's custodian, which in this case is Paul Verdini, the Superintendent of M.C.I. Shirley. See Rule 2(a) of Rules Governing Section 2254 Cases; 28 U.S.C. § 2243. The Clerk shall correct the docket to reflect that Superintendent Verdini is the sole respondent in this action.

I will direct the Clerk to serve the petition on Superintendent Verdini and the Attorney General for the Commonwealth of Massachusetts.  <u>See</u> Rules Governing Section 2254 Cases in the United States District Courts, Rule 4 (service).

ORDER

ACCORDINGLY, for the reasons stated above, it is hereby ORDERED

(1) the Clerk shall correct the case caption to list Paul Verdini, Superintendent as the sole respondent;

(2) the Clerk shall serve a copy of this Memorandum and Order and the petition by mailing copies, certified mail, to Superintendent Paul Verdini, M.C.I. Shirley-Medium, P.O. Box 1218, Shirley, MA 01464; AND the Attorney General for the Commonwealth of Massachusetts, Attention: William J. Meade, Chief, Appellate Division, One Ashburton Place, 18th Fl., Boston, MA 02108-1598.

(3) the Respondent shall, within 20 days of receipt of this Memorandum and Order, but no later than 12:00 NOON on February 18, 2004, file a <u>motion to dismiss or other dispositive motion</u> to the Petition for a Writ of Habeas Corpus.  The respondent may file an Answer or other responsive pleading, in addition to, <u>but not in lieu of</u>, the filing of a <u>dispositive</u> motion within the time period prescribed herein.  The Court further requests the Respondent, as part of the response, to file such documents which reflect on the issue as to whether Petitioner exhausted available state remedies with respect to the matters raised by the Petition.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>29th</u> day of <u>January,</u>

2004.

                                       /s Douglas P. Woodlock  
                                       DOUGLAS P. WOODLOCK  
                                       UNITED STATES DISTRICT JUDGE