UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN G. LINDENBERG,
    Petitioner,

v.

PAUL VERDINI,
    Respondent.

Civil Action No. 03-40267-DPW

### MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO THE PETITION FOR WRIT OF HABEAS CORPUS

The respondent, through counsel, hereby respectfully requests that this Court grant him an enlargement of time within which he must file a responsive pleading to the instant petition for a writ of habeas corpus, from February 18, 2004, to April 18, 2004. In support of the motion, the respondent states that, due to the press of a number of other matters, including: filing a Motion to Stay the Mandate and a Memorandum of Law in support thereof in the First Circuit in *Norton v. Spencer*, No. 03-1571, on December 4, 2003; preparing a petition for certiorari to the United States Supreme Court in *Spencer v. Norton*, No 04-____, to be filed on or before March 2, 2004; filing responsive pleadings in the United States District Court in *Dyous v. Maloney*, No. 03-11587-RGS, on December 12, 2003; filing emergency motions to quash trial subpoenas on behalf of the Attorney General of Massachusetts, Tom Reilly, the former Attorney General, Scott Harshbarger, and the former District Attorney for the Suffolk District, Ralph C. Martin, in the Boston Municipal Court, in *Commonwealth v. Strahan*, No. 9901CR2875, on January 2, 2004, and arguing said motions on

January 5, 2004; oral argument in the United States Court of Appeals for the First Circuit in *DeCicco v. Spencer*, No. 03-1570, on January 6, 2004; a hearing on defendant's motion to dismiss in Suffolk Superior Court in *Harley v. Kelley, et. al.*, No SUCV2002-04655, on January 13, 2004; filing a motion to quash a subpoena directed to the District Attorney for Middlesex County in the United States District Court in *Curley v. NAMBLA*, No. 00-CV-10956-GAO on February 6, 2004; filing an opposition to a petition pursuant to G.L. c. 211, § 3, in the Single Justice Session of the Supreme Judicial Court in *District Attorney for the Norfolk District v. Quincy Division of the District Court Department,* No. SJ-2004-0011, on or before February 12, 2004, with anticipated argument on February 18; filing an opposition to a motion for a preliminary injunction in Suffolk Superior Court in *Darren Stokes v. Barry Lacroix*, et al., No. 04-0443-A, on or before February 17, 2004, with argument on February 19, 2004; prosecuting the case of *Commonwealth v. Jose colon Fernandez*, No 2003-190, in Middlesex Superior Court, scheduled for a jury trial on March 1, 2004; and preparing several Memoranda of Law in opposition to defense motions in Norfolk Superior Court in *Commonwealth v. Timothy White*, No. CR03-0154-001-012, for a hearing on March 10, 2004, the undersigned assistant attorney general requires the additional time to prepare an adequate opposition to the instant petition.

WHEREFORE, the respondent respectfully requests that this Court grant him until April 18, 2004 to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,<br>
THOMAS F. REILLY<br>
ATTORNEY GENERAL<br>
<br>
_____<br>
Dean A. Mazzone<br>
Assistant Attorney General<br>
Criminal Bureau<br>
One Ashburton Place<br>
Boston, Massachusetts 02108<br>
(617) 727-2200 ext. 2852<br>
BBO No. 640866

Dated: February 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the petitioner's counsel, addressed as follows: John P. Fulginiti, Taylor, Ganson, & Perrin, LLP, The Landmark, 160 Federal Street, Boston, MA, 02324, by first class mail, postage prepaid, on February 27, 2004.

_____
Dean A. Mazzone