UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN G. LINDENBERG,
           Petitioner,

v.                                          Civil Action No. 03-40267-DPW

PAUL VERDINI,
           Respondent.

**MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSIVE PLEADING TO THE
PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, through counsel, hereby respectfully requests that this Court grant him an enlargement of time within which he must file a responsive pleading to the instant petition for a writ of habeas corpus, from April 18, 2004, to May 3, 2004. In support of the motion, the respondent states that, due to the press of a number of other matters, including; preparing a petition for certiorari to the United States Supreme Court in *Spencer v. Norton*, No 03 - 1456, filed on March 2, 2004; oral argument in the United States Court of Appeals for the First Circuit in *DeCicco v. Spencer*, No. 03-1570, on January 6, 2004; a hearing on defendant's motion to dismiss in Suffolk Superior Court in *Harley v. Kelley, et. al.*, No SUCV2002-04655, on January 13, 2004 and April 28, 2004; filing a motion to quash a subpoena directed to the District Attorney for Middlesex County in the United States District Court in *Curley v. NAMBLA*, No. 00-CV-10956-GAO on February 6, 2004; filing an opposition to a petition pursuant to G.L. c. 211, § 3, in the Single Justice Session of the Supreme Judicial Court in *District Attorney for the Norfolk District v. Quincy Division of the District Court*

*Department,* No. SJ-2004-0011, on or before February 12, 2004, with anticipated argument on February 18; filing an opposition to a motion for a preliminary injunction in Suffolk Superior Court in *Darren Stokes v. Barry Lacroix,* et al., No. 04-0443-A, on or before February 17, 2004, with argument on February 19, 2004; preparing several Memoranda of Law in opposition to defense motions in Norfolk Superior Court in *Commonwealth v. Timothy White,* No. CR03-0154-001-012, for a hearing on March 10, 2004; filing an answer and supplemental answer in the District Court in the case of *Roberio v. Hall,* No. 03-12624-DPW, on April 22, 2004; and filing a motion to dismiss in the District Court in the case of *Randolph v. Spencer,* No. 04-10136-DPW, on April 23, 2004, the undersigned assistant attorney general requires the additional time to prepare an adequate opposition to the instant petition, filed with this motion.

WHEREFORE, the respondent respectfully requests that this Court grant him until May 3, 2004 to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ Dean A. Mazzone_

Dean A. Mazzone
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2852
BBO No. 640866

Dated: May 3, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the petitioner's counsel, addressed as follows: John P. Fulginiti, Taylor, Ganson, & Perrin, LLP, 160 Federal Street, Boston, MA, 02110, by first class mail, postage prepaid, on May 3, 2004.

_/s/ Dean A. Mazzone_

Dean A. Mazzone



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

May 3, 2004

Anthony Anastas, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *John G. Lindenberg v. Paul Verdini*
      Civil Action No. 03-40267-DPW

Dear Mr. Anastas:

Enclosed for filing in the above-referenced case please find the respondent's motion to enlarge time to respond to petition for writ of habeas corpus, motion to dismiss, memorandum of law in support thereof, and certificate of service.

Thank you very much for your assistance.

Very truly yours,

Dean A. Mazzone
Assistant Attorney General
(617) 727-2200, ext. 2852

Enclosures

cc: John P. Fulginiti, Esq.