UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-40267-DPW

|  |  |
|---|---|
| JOHN G. LINDENBERG,<br>    Petitioner<br><br>v.<br><br>PAUL VERDINI, Superintendent,<br>MCI, Shirley,<br>    Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITIONER'S MOTION FOR LEAVE TO CONDUCT DISCOVERY**

NOW COMES the Petitioner, John G. Lindenberg, and moves this Court pursuant to Rule 6(a) of the Federal Rules Governing §2254 Cases for leave to take discovery pursuant to Rule 34 of the Federal Rules of Civil Procedure. A copy of the Petitioner's Request for Production of Documents and an affidavit of Petitioner's counsel, John P. Fulginiti, Esq., is filed herewith in support of this motion. Petitioner states that good cause exists for the allowance of this motion, for the reasons fully stated in Petitioner's attached Memorandum in support of this motion.

Petitioner is seeking discovery limited to specifically described documents located only in police and prosecution files, which is required for full and fair consideration of his claim that very damaging statements and physical evidence introduced against him at trial were illegally obtained as a result of his *de facto* arrest without probable cause, as well as his related claim that the prosecution failed to disclose evidence material to this defense, in violation of *Brady v.*

*Maryland,* 373 U.S. 83 (1963).  There has never been an evidentiary hearing in state court regarding the existence of probable cause to arrest the Petitioner.  In opposing the Petitioner's request for a new trail in the state courts, the prosecution made representations regarding the files in its exclusive control which the Petitioner has been unable to rebut. The Petitioner's requests for this information pursuant to the Massachusetts public records act and pursuant to a motion for discovery, filed in the state court in connection with his motion for a new trial, were denied.

    WHEREFORE the Petitioner requests that this Court grant him leave to take the discovery requested herein.

Date: May 12, 2004

Respectfully submitted,

By: /s/ John P. Fulginiti
John P. Fulginiti, Esq.
BBO #554709
Taylor, Ganson & Perrin, L.L.P.
160 Federal Street, 20th Floor
Boston, MA 02110
(617) 951-2777