# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

**JOHN G. LINDENBERG,**
        **Petitioner,**

**v.**                                      **Civil Action No. 03-40267-DPW**

**PAUL VERDINI**
        **Respondent**

_____

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned assistant attorney general as counsel for the respondent, Paul Verdini.

        THOMAS F. RILEY
        ATTORNEY GENERAL


        /s/ Daniel I. Smulow
        Daniel I. Smulow
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2949
        BBO No. 641668

Dated: June 4, 2004