UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**JOHN G. LINDENBERG,**
    **Petitioner,**

v.                                        Civil Action No. 03-40267-DPW

**PAUL VERDINI**
    **Respondent**

_____

### RESPONDENT'S MOTION TO FILE FURTHER MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS

Pursuant to Local Rule 7.1(B)(3), the respondent, Paul Verdini, by and through undersigned counsel, hereby respectfully moves this Court to permit him to file his Further Memorandum in Support of his Motion to Dismiss. As grounds, the respondent states that after he moved to dismiss as time-barred the petition for habeas corpus relief, the petitioner filed his opposition in which he argued that he should be awarded equitable tolling of the statute of limitations. Through his Further Memorandum in Support of his Motion to Dismiss, the respondent explains his position, not raised in his original motion, that equitable tolling is inappropriate here.

                                                  Respectfully submitted,

                                                  Thomas F. Reilly
                                                  Attorney General

                                                  /s/ Daniel I. Smulow
                                                  Daniel I. Smulow, 641668
                                                  Assistant Attorney General
                                                  Criminal Bureau
                                                  One Ashburton Place

<div align="right">
Boston, MA 02108  
617.727.2200, ext. 2949
</div>

Dated: June 4, 2004

**<u>Certificate of Compliance with Local Rule 7.1(A)(2)</u>**

    I, Daniel I. Smulow, hereby certify that I attempted to confer with Attorney John P. Fulginiti by telephone earlier today but was unable to reach him.

<div style="margin-left:50%">
<u>/s/ Daniel I. Smulow</u>  
Daniel I. Smulow
</div>