

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

July 19, 2004

**VIA HAND DELIVERY**

Office of the Clerk.
United States District Court
Attention: Rebecca Greenberg
One Courthouse Way
Boston, Massachusetts 02210

Re:   *John G. Lindenberg v. Paul Verdini*
      **No. 03-40267-DPW**

Dear Ms. Greenberg:

Pursuant to your request, please find enclosed the following documents related to the above-referenced petition for writ of habeas corpus. These documents encompass all submissions and briefs to the Supreme Judicial Court and Massachusetts Appeals Court of which I am aware. With respect to Mr. Lindenberg's direct appeal from his second-degree murder conviction, they include:

1. Mr. Lindenberg's application to the Supreme Judicial Court for direct appellate review;

2. Mr. Lindenberg's brief and record appendix to the Appeals Court (No. 1996-P-1331);

3. Commonwealth's brief and appendix to the Appeals Court (No. 1996-P-1331);

4. Memorandum and Order from Appeals Court affirming the judgment of conviction;

5. Mr. Lindenberg's petition for rehearing in the Appeals Court (No. 1996-P-1331);

6. Mr. Lindenberg's application for leave to obtain further appellate review in the Supreme Judicial Court;

Page 2

7. Order from Appeals Court denying petition for rehearing; and

8. Order from Supreme Judicial Court denying application for direct appellate review.

With respect to Mr. Lindenberg's subsequent motion for a new trial, the following documents are enclosed:

1. Order denying Mr. Lindenberg's motion for a new trial;

2. Mr. Lindenberg's brief to the Appeals Court (No. 2002-P-735);

3. Mr. Lindenberg's record appendix (No. 2002-P-735). Please note that Mr. Lindenberg's motion for a new trial is included in this appendix and begins at page 42);

4. Commonwealth's brief to the Appeals Court (No. 2002-P-735);

5. Mr. Lindenberg's reply brief to the Appeals court (No. 2002-P-735); and

6. Mr. Lindenberg's application for leave to obtain further appellate review in the Supreme Judicial Court (FAR 13336).

Should you have any questions or if I may be of additional assistance, kindly contact me at the telephone number listed above. My direct extension is 2949.

Thank you for your attention to this matter.

Very truly yours,

Daniel I. Smulow
Assistant Attorney General

DIS/fhs

enclosures

cc    John P. Fulginiti, Esq. (without enclosures)