```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOHN G. LINDENBERG,                 )
           Petitioner,              )
                                    )
      v.                            ) C.A. No.  03-40267-DPW
                                    )
PAUL VERDINI, Superintendent,       )
MCI, Shirley,                       )
           Respondent.              )
```

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated December 22, 2004, dismissing the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed.

                                        By the Court,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

December 22, 2004